IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
HARRY B. PASCAL and NANCY R. PASCAL,
individually and on behalf of a class,

        Plaintiffs,

v.

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION,

        Defendant.
---------------------------------------------------------x

09 CIV 10082 (ER)

STIPULATION TO WITHDRAW AS COUNSEL

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein that Daniel A. Edelman and Cathleen M. Combs be withdrawn as counsel for Plaintiffs Harry B. Pascal and Nancy R. Pascal, individually and on behalf of a class. Plaintiffs continue to have legal representation by Abraham Kleinman, Esq.

[SIGNATURES ON NEXT PAGE]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2012

/s/ _____
Daniel A. Edelman
Cathleen M. Combs
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com,
dedelman@edcombs.com
ccombs@edcombs.com

/s/ _____
Abraham Kleinman (AK-6300)
*Attorney for Plaintiff*
626 RexCorp Plaza
Uniondale, NY 11556
Ph: (516) 522-2621
akleinman@kleinmanllc.com

/s/ _____
Lewis Goldfarb
Adam R. Schwartz
*Attorneys for Defendant*
McElroy, Deutsch, Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street, 17th Floor
Newark, NJ 07102
(973) 425-0161 (FAX)
(973) 622-5314 (FAX)
lgoldfarb@mdmc-law.com
aschwartz@mdmc-law.com

Dated: March 27, 2012

**SO ORDERED:**

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Dated: March 28, 2012
White Plains, NY

2